Timothy F. Brosnan, Respondent, v. The City of New York, Appellant. — Determination affirmed, with costs.  No opinion.  (Ingraham, P. J., dissenting.)

Albert M. Stadler, Respondent, v. Queensborough Dealers and Consumers Hygeia Ice Company, Limited, Appellant.— Judgment and order affirmed, with costs.  No opinion.

Emeline Roach, Respondent, v. Otto Lorence and Jacob Lazarowitz, Appellants, Impleaded with Others.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer upon payment of costs in this court and in the court below.  No opinion.

The Wright Company, Appellant, v. The Aero Corporation, Limited, Respondent.— Judgment and order affirmed, with costs.  No opinion.

Matthias Haffen and Others, Plaintiffs, v. Hudson Realty Company, Defendant.— Exceptions overruled and motion for a new trial denied, with costs.  No opinion.  Order to be settled on notice.

Laurenz Kirchhoff, Respondent, v. Herman Hirsch, Appellant.— Judgment and order affirmed, with costs.  No opinion.

Alfred H. Bond, Appellant, v. Atlantic Terra Cotta Company and Others, Respondents.— Judgment affirmed, with costs, on the authority of *Bond* v. *Atlantic Terra Cotta Co.* (137 App. Div. 671).  (Scott, J., dissenting upon the dissenting opinion in that case.)

In the Matter of the Application for Leave to Sell an Undivided Interest in the Lands of David O'Keefe and Catherine O'Keefe, Infants.  Adelma H. Burd, Referee, Appellant; John J. O'Keefe, Special Guardian, Respondent.— Order affirmed, without costs.  No opinion.

General Accident, Fire and Life Assurance Corporation, Appellant, v. Charles H. Franklin, Individually and as Chairman of Workmen's Compensation Service and Information Bureau and as Chairman of the Governing Committee Thereof, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Albert Miller, also Known as The Great Howard, Appellant, v. Joe Meyers, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Brooks* v. *Racich Asbestos Mfg. Co.* (137 App. Div. 280).

Jacob Lenz and Others, Respondents, v. Modern Woodmen of America, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry A. Koelsch, Appellant, v. Nicholas D. Kendall, Respondent, Impleaded with Samuel W. B. Smith and Walter S. Thornton.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Herman Van Slochem, Respondent, v. Harold G. Villard, Appearing Specially, etc., Appellant, Impleaded with William G. Conklin and Others. — Order affirmed, with ten dollars costs and disbursements.  No opinion.

The People of the State of New York ex rel. Bridge Operating Com-